IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 09-0072-KD-B |
| HORIZON WHOLESALE FOODS, LLC, WARREN DAY, LEONARD L. GILBERT, and JEFFREY F. PARR, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date and this Court's prior order of October 23, 2009 (Doc. 25), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff and against Defendants for breach of contract, and the amount due to Plaintiff for which the Defendants are jointly and severally liable is $125,726.99, which amount represents the total of the $100,000 principal debt, $1,034.64 in miscellaneous fees, $8,655 accrued interest ($6,399.32 plus additional interest accruing at the per diem rate of $20.14 from August 19, 2009 through the date of this Judgment), $14,820.50 in reasonable attorneys' fees, and $1,216.85 in collection/enforcement expenses.

DONE this the 8th day of December, 2009.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE